| | |
|---|---|
| **KRISS & FEUERSTEIN LLP**<br>Jerold C. Feuerstein, Esq.<br>Daniel N. Zinman, Esq.<br>Stuart L. Kossar, Esq.<br>360 Lexington Avenue, Suite 1200<br>New York, NY 10017<br>(212) 661-2900 – telephone<br>(212) 661-9397 – facsimile | **Hearing Date: February 3, 2021 at 3:30 p.m.**<br>**Objection Deadline: January 27, 2021 at 5:00 p.m.** |

*Attorneys for 203-205 N 8th Street LLC, North*
*8th Investor LLC and 3052 Brighton 1st Street LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>   203-205 North 8th Street Loft, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-40793-nhl<br><br>Hon. Nancy Hershey Lord<br>United States Bankruptcy Judge |

-------------------------------------------------------------x

## NOTICE OF CONFIRMATION HEARING OF SECURED CREDITORS' PLAN OF LIQUIDATION FOR DEBTOR

**PLEASE TAKE NOTICE,** that 203-205 N 8th Street LLC, North 8th Investor LLC and 3052 Brighton 1st Street LLC (together, the "Secured Creditors" or "Plan Proponents"), secured creditors of the above captioned debtor and debtor in possession (the "Debtor"), pursuant to the attached Order (I) approving the Second Amended Disclosure Statement (the "Disclosure Statement") ; (ii) Scheduling a Hearing on Confirmation (the "Confirmation Hearing") on the Plan; and (iii) Approving Ballots, shall seek confirmation of the Plan Proponents' Second Amended Plan of Liquidation for the Debtor (the "Plan") at a hearing before the Honorable Nancy H. Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, located at 271-C Cadman Plaza East, Room 3577, Brooklyn, New York 11201-1800 **on February 3, 2021 at 3:30 p.m.,** or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to confirmation of the

Plan must be made in writing and received in the Bankruptcy's Clerk's office at the United States Bankruptcy Court for the Eastern District of New York, located at 271-C Cadman Plaza East, Brooklyn, New York 11201-1800, and by the undersigned, Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, no later than **seven** *(7)* **days** prior to the hearing date set forth herein.

**PLEASE TAKE FURTHER NOTICE**, that enclosed herewith is a copy of the Disclosure Statement and the Plan and, if you are entitled to vote on the Plan, a ballot for accepting or rejecting the Plan. Ballots must be properly executed, completed, legible and the original thereof delivered to Kriss & Feuerstein, LLP, attention Daniel N. Zinman, Esq. and Stuart L. Kossar, Esq., 360 Lexington Avenue, Suite 1200, New York, NY 10017 by January 27, 2021 at 5:00 p.m. (the "Voting Deadline"), provided, however, that the Plan Proponents may grant one or more extensions of the Voting Deadline for one or more Creditors or Equity Interest Holders.

**PLEASE TAKE FURTHER NOTICE**, that upon confirmation, the Plan provides for, among other things, an injunction barring the commencement or continuation of any action, the employment of process, or any act to collect, enforce, attach, recover or offset from the any property of the Estate, including the Property sold under the Plan (except to the extent such Property is sold subject to the Proponents' liens); or (b) the creation, perfection or enforcement of any lien or encumbrance against any property of the Estate, including the Property sold under the Plan (except to the extent such Property is sold subject to the Proponents' liens) and releases the Plan Proponents from liability for their actions in this bankruptcy case, as more fully provided in Sections 9.1 and 9.2 of the Plan.

Dated: New York, New York
December 22, 2020

        KRISS & FEUERSTEIN LLP

        By:    <u>*/s/ Jerold C. Feuerstein*</u>
                Jerold C. Feuerstein, Esq.
                Daniel N. Zinman, Esq.
                Stuart L. Kossar, Esq.
                360 Lexington Avenue, 12th Floor
                New York, New York 10017
                (212) 661-2900

        *Attorneys for 203-205 N 8th Street LLC,*
        *North 8th Investor LLC and 3052 Brighton*
        *1st Street LLC*