UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re 203-205 N 8th Street Loft  
Debtor

Case No. 20-40793  
Reporting Period: FEB. 2021  
Federal Tax I.D. #

## SINGLE ASSET REAL ESTATE COMPANIES

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____ Date _____

Signature of Authorized Individual* _Jonathan R_____ Date 3/2/21

Printed Name of Authorized Individual  Jonathan Rubin     Date 3/2/21

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

203-205 North 8th Street
203-205 North 8th Street
Brooklyn, NY  11211

Year Ending 2021
Month of February

===========================================================================================================

| INCOME: | | Year-to-Date | 2/2021 |
|---|---|---:|---:|
| | Rent | 79262.50 | 40380.00 |
| TOTAL INCOME: | | 79262.50 | 40380.00 |
| EXPENSE: | | | |
| 5102 | Insurance | 30287.79 | 0.00 |
| 5110 | Utilities | 10547.45 | 2560.43 |
| 5200 | Building Repair | 15996.06 | 1975.00 |
| 5202 | Elev Contract | 1524.24 | 762.12 |
| 5203 | Exterminating | 250.42 | 130.66 |
| 5212 | Repairs | 303.76 | 0.00 |
| 5214 | Reimbursed Exp | 684.43 | 0.00 |
| 5215 | Supplies | 448.76 | 448.76 |
| 5300 | Mgmt Fee | 7076.32 | 3576.32 |
| 5312 | New Lease Fee | 2230.00 | 0.00 |
| 5620 | Maintanence | 7000.00 | 3500.00 |
| TOTAL EXPENSE: | | 76349.23 | 12953.29 |
| NOI: | | 2913.27 | 27426.71 |
| DEBT SERVICE: | | | |
| 5403 | Security Refund | 3250.00 | 3250.00 |
| TOTAL DEBT SERVICE: | | 3250.00 | 3250.00 |
| NET INCOME: | | -336.73 | 24176.71 |
| CASH FLOW ITEMS: | | | |
| 2030 | Sec Payable | -8435.00 | 0.00 |
| TOTAL CASH FLOW | | -8435.00 | 0.00 |
| NET CASH FLOW: | | 8098.27 | 24176.71 |

Beginning Cash Balance:   186823.53
Ending Cash Balance:      211000.25

```
02/27/2021    203-205N8                                                                                     Page 1
                                          RENTROLL REPORT
                                         203-205 North 8th Street
                                         203-205 North 8th Street
                                           Brooklyn, NY  11211

* Moved-out tenants not included
================================================================================================================
Unit       Tenant          Lease Start   Lease End    Net Rent  Opening Bal  Current Chg  Cur Receipt   Bal Due
---------------------------------------------------------------------------------------------------------------
203 1B     G And Spa, Inc  12/01/2018    11/30/2028    7500.00        0.00         0.00     7500.00       0.00
203 2A     L Harrison      07/01/2020    06/30/2021    3400.00        0.00         0.00     3400.00       0.00
203 2B     T O'Bryan       11/01/2020    10/31/2022    3000.00        0.00         0.00     3000.00       0.00
203 3A     J Stempel       04/01/2019    03/31/2020    5050.00        0.00     -5050.00     5050.00   -5050.00
203 4A     N Bonomo        03/01/2021    02/28/2022    3355.00    -3355.00         0.00        0.00       0.00
203 5A     M Yankovich     07/01/2020    06/30/2021    3725.00    22350.00         0.00        0.00   26075.00
203 6A     M Butler        09/01/2020    08/31/2021    5950.00        0.00         0.00     5950.00       0.00
205 1A     A Gray          11/01/2020    10/30/2021    2085.00        0.00         0.00     2085.00       0.00
205 1B     P Biegler       10/01/2020    09/30/2021    4100.00        0.00         0.00     4100.00       0.00
205 2A     K Sperandeo     03/01/2021    02/28/2022    2080.00        0.00     -1040.00        0.00   -1040.00
205 2B     VACANT                                         0.00        0.00         0.00        0.00       0.00
205 3A     T Spiegel       08/01/2020    07/31/2021    2900.00        0.00         0.00     2900.00       0.00
205 3B     S Gattuso       08/01/2020    07/31/2021    3400.00        0.00         0.00     3400.00       0.00
205 4A     M Brooks        08/15/2020    08/14/2021    2995.00        0.00         0.00     2995.00       0.00
205 4B     A Clarke        02/01/2021    01/31/2023    3000.00        0.00     -3000.00        0.00   -3000.00
205 5A     B Reifer        05/01/2018    4/30/2020     4040.40    72726.80         0.00        0.00   76767.20
BUILDING   Building                                       0.00        0.00         0.00        0.00       0.00
---------------------------------------------------------------------------------------------------------------
Totals:
17 Units                                              56580.40    91721.80     -9090.00    40380.00   93752.20
================================================================================================================
```