# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 12/6/2022
Case: 1−20−40793−nhl     Form ID: pdf000     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
aty     Bruce Weiner     courts@nybankruptcy.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     203−205 North 8th Street Loft, LLC     4403 15th Avenue     Brooklyn, NY 11219

TOTAL: 1