UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

203-205 North 8th Street Loft, LLC,                    Chapter 11

        Debtor.                                    Case No. 20-40793-nhl

------------------------------------------------------------x

## ORDER APPROVING COMPENSATION FOR ATTORNEYS TO DEBTOR

UPON the application for compensation (the "Application") filed by Rosenberg, Musso & Weiner, LLP, attorneys for 203-205 North 8th Street Loft, LLC ("Debtor") for allowance of compensation for services in this case and in the companion case of 3052 Brighton First, LLC rendered in the amount of $74,360.00, less retainers of $7,500.00 per case for a balance due in both cases of $59,360.00, plus expenses of $403.89, and Rosenberg Musso & Weiner, LLP, by agreement with the secured creditors in both cases having agreed to voluntarily reduce its request to $27,500.00, less the retainer of $7,500, for a balance of $20,000.00 in each case, and the Office of the U.S. Trustee having no objection to the Application as voluntarily reduced, and the matter having come before the Court on January 10, 2023, and Bruce Weiner, Esq., appearing in support of the Application, and Nazar Khodorovsky, Esq., having appeared for the Office of the United States Trustee, and the Court having considered the Application, it is hereby;

ORDERED, that the Application is granted, and Rosenberg Musso & Weiner, LLP is awarded an administrative expense claim in the sum of $27,500.00 as compensation for services rendered to the Debtor, less a retainer of $7,500 paid by the Debtor, for a balance due of $20,000.00.



Dated: January 17, 2023
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge