**Objection Deadline: March 7, 2023 at 5:00 p.m.**
**Hearing Date: March 14, 2023 at 11:00 a.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:  203-205 North 8th Street Loft, LLC,           Chapter 11
                                                      Case No. 20-40793 (NHL)
           Debtor.
------------------------------------------------------------------------x
In re:  3052 Brighton First, LLC,                     Chapter 11
                                                      Case No. 20-40794 (NHL)
           Debtor.
------------------------------------------------------------------------x

### NOTICE OF HEARING ON APPLICATION OF JEST HOLDINGS LLC FOR ENTRY OF AN ORDER DIRECTING THE EXAMINATION OF THE DEBTORS, ROSENBERG MUSSO & WEINER, LLP AND CHAIM MILLER AND THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE,** that on **March 14, 2023 at 11:00 a.m.** (**EST**), a hearing (the "Hearing") will be held before the Honorable Nancy H. Lord, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, to consider the relief requested in the Application (the "Application") of JEST Holdings, LLC for entry of an Order Directing the Examination of 203-205 North 8th Street Loft, LLC, 3052 Brighton First, LLC, Rosenberg Musso & Weiner, LLP and Chaim Miller and the Production of Documents Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE,** that the Hearing will be conducted via Zoom. A video link will be provided by email to all parties that wish to participate 48 hours prior to the Hearing upon the party's registration with eCourt Appearances.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief requested in the Application (each, an "Objection") must be made in writing, state with particularity the grounds therefor, shall conform to the United States Bankruptcy Rules and the Local Rules of the

Bankruptcy Court for the Eastern District of New York, and shall be filed with the bankruptcy court electronically in accordance with General Order M-559, and served upon (i) White & Wolnerman, PLLC, 950 Third Ave., 11th Floor, New York, NY 10022 (Attn: David Y. Wolnerman, Esq.); and (ii) the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004, New York 11722 (Attn: Nazar Khodorovsky, Esq.), together with proof of service thereof, so as to be received no later than **5:00 p.m. on March 7, 2023** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that replies to Objections, if any, may be filed by **March 13, 2023**.

Dated: New York, New York
       February 2, 2023

**WHITE & WOLNERMAN, PLLC**

By: */s/ David Y. Wolnerman*
    David Y. Wolnerman
    950 Third Avenue, 11th Floor
    New York, New York 10022
    dwolnerman@wwlawgroup.com
    (212) 308-0667

*Attorneys for JEST Holdings LLC*