```
                              OPERATING STATEMENT
                              203-205 North 8th Street
                              203-205 North 8th Street
                                Brooklyn, NY  11211

                                 Year Ending 2023
                                 Month of February
================================================================================================

INCOME:                    Year-to-Date                    2/2023

         Rent                  88129.75                  41254.00
                           ============                ============
TOTAL INCOME:                  88129.75                  41254.00

EXPENSE:

5102     Insurance             37613.32                  35967.32
5110     Utilities              6330.95                   2749.83
5200     Building Repair        7321.84                   3783.40
5202     Elev Contract          1524.24                    762.12
5203     Exterminating           348.40                    174.20
5212     Repairs                 212.31                      0.00
5214     Reimbursed Exp           48.00                      0.00
5215     Supplies                 57.10                     57.10
5300     Mgmt Fee               7874.04                   3937.02
5305     Lic & Permits          1240.00                   1240.00
5312     New Lease Fee          4171.20                     21.20
5620     Maintanence            9225.00                   3750.00
                           ============                ============
TOTAL EXPENSE:                 75966.40                  52442.19

                           ============                ============
NOI:                           12163.35                 -11188.19

DEBT SERVICE:

5403     Security Refund        3400.00                   3400.00
                           ============                ============
TOTAL DEBT SERVICE:             3400.00                   3400.00
                           ============                ============
NET INCOME:                     8763.35                 -14588.19

CASH FLOW ITEMS:

2030     Sec Payable           -4000.00                      0.00
                           ============                ============
TOTAL CASH FLOW                -4000.00                      0.00
                           ============                ============
NET CASH FLOW:                 12763.35                 -14588.19

Beginning Cash Balance:     781828.75
Ending Cash Balance:        779957.37
```