```
02/28/2023     203-205N8                                                                                                                          Page 1
```

RR REPORT  
203-205 North 8th Street  
203-205 North 8th Street  
Brooklyn, NY  11211

\* Moved-out tenants not included

| Unit | Tenant | Lease Start | Lease End | Net Rent | Opening Bal | Current Chg | Cur Receipt | Bal Due |
|---|---|---|---|---|---|---|---|---|
| 203 1B | G And Spa, Inc | 09/01/2022 | 08/31/2023 | 7956.75 | -7956.75 | 0.00 | 0.00 | 0.00 |
| 203 2A | L Harrison | 07/01/2022 | 06/30/2023 | 3248.00 | 48.00 | 0.00 | 3296.00 | 0.00 |
| 203 2B | T O'Bryan | 11/01/2022 | 10/31/2023 | 3097.00 | 0.00 | 0.00 | 3097.00 | 0.00 |
| 203 3A | A Sharpe | 04/15/2022 | 04/14/2023 | 5278.00 | -1771.00 | 0.00 | 3520.00 | -13.00 |
| 203 4A | I Winter | 03/01/2023 | 02/28/2024 | 3515.00 | 0.00 | 0.00 | 3405.00 | 0.00 |
| 203 5A | B Taback-Ariel | 04/01/2022 | 03/31/2023 | 3547.00 | 0.00 | 0.00 | 3547.00 | 0.00 |
| 203 6A | N Narayen | 09/01/2022 | 08/31/2023 | 6039.00 | 0.00 | 0.00 | 5950.00 | 0.00 |
| 205 1A | A Gray | 11/01/2022 | 10/30/2023 | 2184.00 | 68.00 | 0.00 | 2184.00 | 68.00 |
| 205 1B | P Biegler | 10/01/2022 | 09/30/2023 | 4296.00 | 0.00 | 0.00 | 4296.00 | 0.00 |
| 205 2A | K Sperandeo | 03/01/2022 | 02/28/2023 | 2112.00 | 0.00 | 0.00 | 2112.00 | 0.00 |
| 205 2B | M Curry | 04/01/2022 | 03/31/2023 | 3000.00 | -3000.00 | 0.00 | 3000.00 | -3000.00 |
| 205 3A | J Ianda | 08/01/2022 | 07/31/2023 | 3039.00 | 0.00 | 0.00 | 0.00 | 3039.00 |
| 205 3B | A Wang | 03/01/2023 | 02/29/2024 | 4000.00 | 0.00 | -6000.00 | 0.00 | -6000.00 |
| 205 4A | O Detavernier | 10/01/2022 | 09/30/2023 | 3750.00 | 0.00 | 0.00 | 3750.00 | 0.00 |
| 205 4B | V Clarke | 02/01/2023 | 01/31/2024 | 3097.00 | 0.00 | 0.00 | 3097.00 | 0.00 |
| 205 5A | B Reifer | 05/01/2018 | 4/30/2020 | 4040.40 | 169696.40 | 0.00 | 0.00 | 173736.80 |
| BUILDING | Building | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Totals:  
17 Units

|  |  |  |  |  | 62199.15 | 157084.65 | -6000.00 | 41254.00 | 167830.80 |
|---|---|---|---|---|---|---|---|---|---|